UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Larry Fuller

    v.                                                                         Case No. 23-cv-104-SE

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 31, 2024. For the reasons explained therein, the Warden's motion for summary judgment (Doc. No. 5) is granted.

The clerk is directed to enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: March 28, 2024

cc:   Larry Fuller, pro se
       Anna Dronzek, Esq.